UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>GERARD D. GRANDOIT</u>,
          Plaintiff,

    v.                   Civil Action No. 04-10343-RWZ

<u>BENJAMIN J. GILSON, et al.</u>
          Defendants.
_____

<u>GERARD D. GRANDOIT</u>,
          Plaintiff,

    v.                   Civil Action No. 04-10347-RWZ

<u>COOPERATIVE FOR HUMAN SERVICES, et al.</u>,
          Defendants.
_____

<u>GERARD D. GRANDOIT</u>,
          Plaintiff,

    v.                   Civil Action No. 04-10348-RWZ

<u>LIBERTY MUTUAL INSURANCE COMPANY, et al.</u>,
          Defendants.

ORDER ON APPLICATIONS TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court are plaintiff's applications to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The applications to proceed without prepayment of fees are:

**G**    GRANTED.

☒    DENIED for the following reason(s):

    Plaintiff's applications indicate that he has sufficient funds to pay the $150.00 filing fee for each of these three actions.

☒  Plaintiff shall pay the $150.00 filing fee for each of these actions within 35 days of the date of this order or each of these three actions will be dismissed without prejudice.

**G**  The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

| | |
|---|---|
| 4/14/04 | s/ Rya W. Zobel |
| DATE | UNITED STATES DISTRICT JUDGE |