UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>GERARD D. GRANDOIT</u>,
                Plaintiff,

      v.                            Civil Action No.  04-10343-RWZ

<u>BENJAMIN J. GILSON, et al.</u>
                Defendants.
_____

<u>GERARD D. GRANDOIT</u>,
                Plaintiff,

      v.                            Civil Action No.  04-10347-RWZ

<u>COOPERATIVE FOR HUMAN SERVICES, et al.</u>,
                Defendants.
_____

<u>GERARD D. GRANDOIT</u>,
                Plaintiff,

      v.                            Civil Action No.  04-10348-RWZ

<u>LIBERTY MUTUAL INSURANCE COMPANY, et al.</u>,
                Defendants.

<u>ORDER OF DISMISSAL</u>

<u>ZOBEL, D.J.</u>

      In accordance with this Court's order dated <u>June 16, 2004</u>, it is ORDERED that the within action be and it is hereby dismissed for lack of subject-matter jurisdiction.

                                                            By the Court,

                                                             s/ Linn A. Weissman
                                                             Deputy Clerk

Date <u>June 16, 2004</u>